JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RASHEID A. JONES,** | Case No. EDCV-13-00091 GAF (SP) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| **v.** | |
| **IRONWOOD STATE PRISON, et al.,** | |
| Defendants. | |

  In accordance with Federal Rule of Civil Procedure 41(a)(1)(ii), and pursuant to the stipulation of the parties, this action is dismissed with prejudice. Each party is to bear his or her own costs, fees, and expenses of any type, including attorney's fees. There is no prevailing party in this action.

  **IT IS SO ORDERED.**

Dated: April 28, 2014

_____
The Honorable Gary A. Feess

JS-6

1